AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bonapfel, Paul W. | United States Bankruptcy Court | 5/1/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Room 1492 US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty (See Part VIII) | Mercer University School of Law |
| 2. | Adjunct Faculty (See Part VIII) | Emory University School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | West Services, Inc. (Publisher) and Filer, Adam M. Goodman, and W. Homer Drake, Jr. (Authors) (See Part VIII) |
| 2. | 2009 | Mercer University School of Law (See Part VIII) |
| 3. | 2009 | Emory University School of Law (See Part VIII) |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Thomson/West book royalties | $5,323.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-employed Math Tutoring |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Coastal Bankruptcy Law Institute | April 21-22, 2011 | Savannah, Georgia | Faculty of CLE Program | Reimbursement for lodging, food, registration fee waived for faculty |
| 2. | National Conference of Bankruptcy Judges | Oct 12-15, 2011 | Tampa, FL | Attend CLE Program & Judges' Conference | Reimbursement of lodging, travel for judges attending meetings |
| 3. | Bankr. Section, State Bar of GA | Nov. 10-11, 2011 | Reynolds Plantation, GA | Participate in State Bar CLE Program | Reimbursement of lodging, meals, complimentary dinner for spouse, registration fee waived for attending judges |
| 4. | Mercer University School of Law | January - April 2011 | Macon, GA | Adjunct Faculty | Reimbursement of mileage and expenses for luncheons with guest faculty, other faculty, and staff |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bonapfel, Paul W.** | 5/1/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | American College of Bankruptcy | Mar. 17-19, 2011 | Washington, D.C. | Attendance at annual meetings, CLE programs, induction ceremony | Reimbursement for travel, lodging, meals in connection with annual meeting and induction |
| 6. | Turnaround Management Association | June 2-3, 2011 | Palm Coast, FL | Faculty for educational program for attorneys and turnaround advisers | Reimbursement for travel, lodging, meals, registration fee waived for faculty |
| 7. | National Assoc. of Bankruptcy Trustees | Sept. 29-30, 2011 | Amelia Island, Fl. | Faculty for CLE program | Reimbursement for travel, lodging, meals, registration fee waived for faculty |
| 8. | Middle District of Ga. Bankruptcy Law Institute | Sept. 8-9, 2011 | Macon, Ga. | Faculty for CLE Program | Reimbursement for travel, lodging, meals, registration fee waived for faculty |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Complimentary regist. for bankr law CLE Seminar (provided to all bankruptcy judges) | Southeastern Bankruptcy Law Institute | $750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Motorola Solutions, Inc.(f/k/a Motorola, Inc)Common-SeeVIII | A | Dividend | J | T | Sold (part) | 01/04/11 | J | A | Public |
| 2. Motorola Mobility Holdings, Inc. Common (X)(See VIII) | | None | J | T | Sold (part) | 01/03/11 | J | A | Public |
| 3. Cisco Systems Common | A | Dividend | J | T | | | | | |
| 4. Touchmark Bancshares, Inc. Common (See VIII) | | None | J | W | | | | | |
| 5. First Landmark Bank Common | | None | K | W | | | | | |
| 6. Wells Fargo Bank - Bank - Accounts | A | Interest | K | T | | | | | |
| 7. US Savings Bonds | | None | L | T | | | | | |
| 8. Assoc. Cred. Union - Accounts and Time Deposits | A | Interest | K | T | | | | | |
| 9. Atlanta Investment Partners | A | Dividend | J | W | | | | | |
| 10. Mass. Mutual Whole Life | A | Dividend | J | T | | | | | |
| 11. IRA Account 2 (Morgan Stanley, Custodian) | A | Interest | J | T | | | | | |
| 12. -Morgan Stanley Bank | | | | | | | | | |
| 13. - Arrow DWA Tactical A Mutual Fund | | | | | Buy | 09/15/11 | J | | Public |
| 14. Chevron Corp Common | C | Dividend | L | T | | | | | |
| 15. Assoc. Cnty Comm. of Ga Rev (Newton) (MB 11) | A | Interest | | | Redeemed | 12/01/11 | K | | Public |
| 16. Coun Spec Tax Trans Infra Rev (MB 12) | A | Interest | J | T | | | | | |
| 17. Coun. State HEFA Lawrence Mem. Hsp Ser D (MB 13) | B | Interest | | | Redeemed (part) | 05/25/11 | J | | Public |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed | 10/17/11 | J | | Public |
| 19. Mun. Elec Au Ga 02A (MB 14) | A | Interest | K | T | | | | | |
| 20. Houston Cnty Ga Sch Dist (MB 11) | A | Interest | | | Redeemed | 09/01/11 | K | | Public |
| 21. Metro Atl Rapid Trans Auth (MB 12) | B | Interest | K | T | | | | | |
| 22. Gwinnett Cnty Ga CTFS Ser B Rev (MB 13) | A | Interest | K | T | | | | | |
| 23. Atl Ga Arpt Rev Ser A (MB 14) | B | Interest | | | Redeemed | 08/15/11 | K | | Public |
| 24. Atl Ga Water & Wastewater Rev Ser A (MB-14) | B | Interest | K | T | | | | | |
| 25. Fulton Co. Ga Dev Auth Rev Fulton Cnty GA (MB-18) (See VIII) | A | Interest | K | T | | | | | |
| 26. Peachtree City GA Wtr & S (MB 15) | B | Interest | K | T | | | | | |
| 27. Newnan Ga Wtr Sew & Lt Ser A (MB 16) | B | Interest | K | T | | | | | |
| 28. Newton Cnty Ga Sch Dist (MB 16) | A | Interest | K | T | | | | | |
| 29. Metro Atl Rapid Trans Auth (MB 17) | B | Interest | K | T | | | | | |
| 30. Monroe Ga (MB 17) | A | Interest | K | T | | | | | |
| 31. Gwinnett Cnty Ga Wtr & Swr Au Rev Ref Ser B (MB 12) | A | Interest | K | T | | | | | |
| 32. Savannah Ga Wtr & Swr Rev Ref & Impt (MB 12) | A | Interest | K | T | | | | | |
| 33. Atlanta Water (MB 16) | C | Interest | L | T | | | | | |
| 34. Ga St GO Ref-C (MB 17) | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dahlonega Ga Dwntwn RV CTFG (MB 17) | A | Interest | K | T | | | | | |
| 36. Ga St Rd & Tlwy (MB 19) (7AT1) (See VIII) | C | Interest | L | T | | | | | |
| 37. Ga St Rd & Tlwy (MB 19) (MCL3) | A | Interest | K | T | Buy | 10/19/11 | K | | Public |
| 38. Habersham Cnty Ga Hosp Auth Rev Antic CTFS (MB 19) | D | Interest | M | T | | | | | |
| 39. Decatur Co Sch Bldg Auth (MB 20) | C | Interest | M | T | | | | | |
| 40. Ga St Rd & Tlwy (MB 21) (MAT 8) | C | Interest | M | T | | | | | |
| 41. Habersham Cnty Ga Hosp Auth Rev Antic CTFS (MB 21) | D | Interest | M | T | | | | | |
| 42. Gwinnett Cnty Ga Dev Auth Rev Arena Prkg (MB22) | C | Interest | M | T | | | | | |
| 43. Atlanta & Fulton Cnty Rec Auth (MB22) | C | Interest | M | T | | | | | |
| 44. Morgan Stanley Bank - Accounts | A | Interest | K | T | | | | | |
| 45. GA Rd Reimbursement (MB 19) | B | Interest | K | T | | | | | |
| 46. Clark Cnty Ga Hosp Au Rev (MB 14) | B | Interest | K | T | | | | | |
| 47. Univ Cent Fl COP Ser A Rev (MB 13) | B | Interest | L | T | | | | | |
| 48. Cape Coral Fl Util Imp (MB 12) | A | Interest | J | T | Redeemed (part) | 06/03/11 | J | A | Public |
| 49. Escambia Co Fl Cap Rev (MB 14) | D | Interest | M | T | | | | | |
| 50. Atl Ga DV Au Stu HSG RV (MB 16) | A | Interest | K | T | | | | | |
| 51. Miami Dade Fl Exwy Auth Ref (MB 18) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fulton Co Ga Wtr & Rev (MB 19) | B | Interest | | | Redeemed | 09/22/11 | K | | Public |
| 53. Gwinnett Co Wtr & Swr Ga Rev (MB 15) | A | Interest | K | T | | | | | |
| 54. Gulf Co Fl Gas Tax RV (MB 17) | B | Interest | L | T | | | | | |
| 55. Sumter Cnty Ga Sch Dist (MB 17) | A | Interest | K | T | Buy | 09/08/11 | K | | Public |
| 56. Mun Elec Auth Ga Proj 1-D-1 (MB 15) | B | Interest | K | T | | | | | |
| 57. Fl Intergovt Fl Rv C-2 (MB 15) | B | Interest | | | Redeemed | 06/24/11 | K | | Public |
| 58. Grtr Orlando Fl Avia Auth (MB 16) | B | Interest | K | T | | | | | |
| 59. Ga St Rd & Tlwy Fd Hwy Grant (MB 14) | A | Interest | K | T | Buy | 09/08/11 | K | | Public |
| 60. Metro Atl. Rap. Tran Au (MB 20) ( | B | Interest | K | T | | | | | |
| 61. Gwinnett County Ga School Dist Ref (MB-23) | B | Interest | K | T | | | | | |
| 62. GA St. Genl OBLIG Ser B (MB 23) | B | Interest | K | T | | | | | |
| 63. Cobb Co. Ga Wtr & Sew Rev (MB 23) | A | Interest | J | T | | | | | |
| 64. Forsyth Co. Ga Genl OBLIG-A (MB 23) | B | Interest | L | T | | | | | |
| 65. Ga St Gen Oblig Ser E (MB-13) | B | Interest | K | T | Buy | 10/19/11 | K | | Public |
| 66. Ga St Genl OBLIG- Ser B (MB 25) | B | Interest | L | T | | | | | |
| 67. Henry Co Ga Sch Dist (MB 16) | B | Interest | K | T | | | | | |
| 68. Chatham Cnty Ga. Sch. Dist Ref (MB-15) | A | Interest | K | T | Buy | 07/07/11 | K | | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fayette Cnty Ga Pub Facs Auth Rev (MB 18) | | None | K | T | Buy | 12/07/11 | K | | Public |
| 70. Monroe Cnty Fl S/D Sales Tax Rev (MB 12) | A | Interest | K | T | | | | | |
| 71. Peachtree City Ga. Wtr & Sewer Au (MB 20) | B | Interest | K | T | | | | | |
| 72. Miami Dade Co FL Sch Dist G.O. Rfdg (MB 12) | B | Interest | K | T | | | | | |
| 73. Tampa Fl Rev Hlth Sys Cath East A-1 (Allegany) (MB 12) | B | Interest | K | T | | | | | |
| 74. Main St Nat Ga Proj Ser A (MB 18) | B | Interest | L | T | | | | | |
| 75. Miami-Dade Co Fl Spl Oblig (MB 11) | A | Interest | | | Redeemed | 04/01/11 | K | | Public |
| 76. Ga St. Rd & Tlwy Fd. Hwy Grant (MB 18) | B | Interest | L | T | Buy | 04/05/11 | L | | Public |
| 77. Marco Island Util Sys Rev Fla (MB 12) | A | Interest | K | T | | | | | |
| 78. Gwinnett County GA Dev Auth. (MB 20) | B | Interest | K | T | | | | | |
| 79. Polk Co Fl Sch Bd COP A Rv (MB 13) | B | Interest | K | T | | | | | |
| 80. St Johns Riv Wtr Mgt Dist Fl Rv Rfg (MB 11) | A | Interest | | | Redeemed | 07/01/11 | K | A | Public |
| 81. St Johns Co Fl Sch Bd Cfs Prtn Rev (MB 15) | C | Interest | M | T | | | | | |
| 82. Sarasota Co Fl Pub Hosp. Rv A (MB 13) | B | Interest | | | Redeemed | 09/29/11 | K | | Public |
| 83. Cobb Cnty Ga Wtr & Sew Rev (MB 18) | A | Interest | L | T | Buy | 06/22/11 | K | | Public |
| 84. | | | | | Buy | 07/07/11 | K | | Public |
| 85. Gwinnett Cnty Ga Wtr & Sew Auth Rev (MB 18) | | None | K | T | Buy | 10/19/11 | K | | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Tampa Bay Wtr Fla Util (MB 13) | B | Interest | | | Redeemed | 10/03/11 | L | | Public |
| 87. Ga St Genl Oblig Ref (MB 20) | | None | K | T | Buy | 10/19/11 | K | | Public |
| 88. Dwntwn Svnnah Auth Ga Rev Ellis Sq Prk Prj (MB 20) | A | Interest | J | T | Buy | 07/07/11 | J | | Public |
| 89. Gwinnett Co Ga Dev Auth Rev Arena Prk Deck Prj (MB 23) | A | Interest | K | T | Buy | 01/14/11 | K | | Public |
| 90. Ga Muni Elec Auth Unref Bal Combus- A (MB 24) (Jnt) | D | Interest | M | T | | | | | |
| 91. Morgan Stanley Bank - Accounts (Jnt) | A | Interest | J | T | | | | | |
| 92. IRA Account 1 (Morgan Stanley, Custodian) (*See VIII) | D | Int./Div. | O | T | | | | | |
| 93. -IShares Gold Tr (IAU) * | | | | | Sold (part) | 01/26/11 | J | C | Public |
| 94. | | | | | Buy | 02/09/11 | J | | Public |
| 95. | | | | | Sold (part) | 08/09/11 | J | C | Public |
| 96. | | | | | Sold (part) | 08/11/11 | J | C | Public |
| 97. | | | | | Sold | 12/19/11 | K | D | Public |
| 98. -IShares Dow Jones Real Estate Index (IYR) * | | | | | Sold (part) | 01/11/11 | J | B | Public |
| 99. | | | | | Buy | 04/28/11 | J | | Public |
| 100. | | | | | Sold (part) | 05/17/11 | J | C | Public |
| 101. | | | | | Buy | 07/08/11 | J | | Public |
| 102. | | | | | Sold | 10/07/11 | K | B | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Ishares DJ US Basic Metals Sctr (IYM)* | | | | | Buy | 03/01/11 | J | | Public |
| 104. | | | | | Buy | 04/07/11 | J | | Public |
| 105. | | | | | Sold (part) | 05/17/11 | J | B | Public |
| 106. | | | | | Sold | 10/05/11 | J | | Public |
| 107. -Morgan Stanley Bank (IRA Acct) (Cash Equivalent) (See VIII) | | | | | | | | | |
| 108. -Morgan Stanley Private Bank (IRA Acct) (Cash Equivalent)VIII | | | | | Open | 03/17/11 | K | | Public |
| 109. -S & P North American Tech Soft (IGV) | | | | | Sold (part) | 01/27/11 | J | C | Public |
| 110. | | | | | Buy | 03/15/11 | J | | Public |
| 111. | | | | | Buy | 04/05/11 | J | | Public |
| 112. | | | | | Sold (part) | 05/17/11 | J | B | Public |
| 113. | | | | | Buy | 10/14/11 | K | | Public |
| 114. | | | | | Sold (part) | 12/23/11 | K | C | Public |
| 115. -IShares MSCI Emerging Mkts Fd (EEM) * | | | | | Sold | 03/11/11 | K | C | Public |
| 116. -First Trust DJ Internet IDX (FDN)* | | | | | Buy | 04/07/11 | J | | Public |
| 117. | | | | | Sold (part) | 05/17/11 | J | B | Public |
| 118. | | | | | Sold | 06/07/11 | K | C | Public |
| 119. -IShares Silver Trust (SLV)* | | | | | Sold (part) | 04/20/11 | J | D | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 07/08/11 | J | | Public |
| 121. | | | | | Sold (part) | 08/10/11 | J | C | Public |
| 122. | | | | | Sold | 12/16/11 | K | D | Public |
| 123. -IShares Cohen & Steers RL MJR Fd (ICF) | | | | | Sold (part) | 05/17/11 | J | B | Public |
| 124. | | | | | Buy | 07/08/11 | J | | Public |
| 125. -IShares Dow Jns US Cons Cyclcl (IYC) | | | | | Sold (part) | 01/27/11 | J | B | Public |
| 126. | | | | | Buy | 03/15/11 | J | | Public |
| 127. | | | | | Buy | 04/26/11 | J | | Public |
| 128. | | | | | Sold (part) | 05/17/11 | J | B | Public |
| 129. | | | | | Buy | 07/08/11 | J | | Public |
| 130. | | | | | Sold (part) | 10/05/11 | K | | Public |
| 131. | | | | | Buy | 10/25/11 | K | | Public |
| 132. | | | | | Buy | 11/07/11 | J | | Public |
| 133. -IShares S & P Midcap 400 Growth (IJK) | | | | | Sold (part) | 01/20/11 | J | B | Public |
| 134. | | | | | Buy | 04/05/11 | J | | Public |
| 135. | | | | | Sold (part) | 05/17/11 | J | B | Public |
| 136. -IShares Trust (IYT)* | | | | | Sold (part) | 01/27/11 | J | A | Public |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 03/11/11 | L | D | Public |
| 138. -JP Morgan Alerian MLP Index ETN (AMJ) (See VIII) | | | | | Sold (part) | 01/27/11 | J | A | Public |
| 139. | | | | | Buy | 07/08/11 | J | | Public |
| 140. -Powershares Emerging Markets Tech (PIE)* | | | | | Sold | 01/26/11 | K | B | Public |
| 141. | | | | | Buy | 07/08/11 | K | | Public |
| 142. | | | | | Sold | 08/12/11 | K | | Public |
| 143. -Powershares DB Agriculture FD (DBA)* | | | | | Sold (part) | 01/27/11 | J | B | Public |
| 144. | | | | | Buy | 04/05/11 | J | | Public |
| 145. | | | | | Sold (part) | 05/17/11 | J | A | Public |
| 146. | | | | | Buy | 07/08/11 | J | | Public |
| 147. | | | | | Sold | 08/09/11 | K | C | Public |
| 148. -SPDR S & P Oil & Gas Equip SVC (XES)* | | | | | Sold (part) | 01/27/11 | J | A | Public |
| 149. | | | | | Sold (part) | 05/17/11 | J | A | Public |
| 150. | | | | | Sold | 08/15/11 | K | B | Public |
| 151. -Vanguard Sm Cap Growth ETF (VBK)* | | | | | Buy | 02/09/11 | K | | Public |
| 152. | | | | | Buy | 04/07/11 | J | | Public |
| 153. | | | | | Sold (part) | 05/17/11 | J | A | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 05/25/11 | K | A | Public |
| 155.  -IShares Russell 2000 Growth Fd (IWO)* | | | | | Buy | 04/04/11 | K | | Public |
| 156. | | | | | Buy | 04/26/11 | J | | Public |
| 157. | | | | | Sold (part) | 05/17/11 | J | | Public |
| 158. | | | | | Sold | 08/11/11 | K | | Public |
| 159.  -SPDR S & P Transn ETF (XTN)* | | | | | Buy | 04/06/11 | L | | Public |
| 160. | | | | | Sold (part) | 05/17/11 | J | A | Public |
| 161. | | | | | Buy | 07/08/11 | J | | Public |
| 162. | | | | | Sold | 09/23/11 | K | | Public |
| 163.  -Barcap ETN-IPath DJ AIG AGRIC Tot Ret (JJA)* | | | | | Buy | 08/30/11 | K | | Public |
| 164. | | | | | Buy | 09/12/11 | K | | Public |
| 165. | | | | | Sold | 11/28/11 | K | | Public |
| 166.  -IShares DJ US Oil & Equipment* | | | | | Buy | 09/15/11 | K | | Public |
| 167. | | | | | Sold | 09/27/11 | K | | Public |
| 168.  -IShares DJ US Util Sctr (IDU) | | | | | Buy | 10/11/11 | K | | Public |
| 169. | | | | | Buy | 12/05/11 | J | | Public |
| 170.  -IShares DJ US Pharm Indx (IHE) | | | | | Buy | 10/18/11 | K | | Public |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Powershares QQQ TR (QQQ) | | | | | Buy | 10/14/11 | K | | Public |
| 172. | | | | | Buy | 10/25/11 | K | | Public |
| 173. | | | | | Buy | 12/07/11 | K | | Public |
| 174. -IShares DJ US Cnsmr Non Cyclcl (IYK) | | | | | Buy | 10/14/11 | K | | Public |
| 175. -IShares DJ US Indl Sctr (IDU)* | | | | | Buy | 10/17/11 | K | | Public |
| 176. | | | | | Sold | 11/28/11 | K | A | Public |
| 177. -IShares NASDAQ Biotech Fund | | | | | Buy | 10/20/11 | K | | Public |
| 178. -IShares DJ US Tech Index Fund* | | | | | Buy | 10/20/11 | K | | Public |
| 179. | | | | | Sold | 12/23/11 | K | | Public |
| 180. Wells Fargo Bank - Bank - Accounts 2 | | None | J | T | | | | | |
| 181. Morgan Stanley Bank-(Accounts 2) (See VIII) | A | Interest | J | T | | | | | |
| 182. LMP Cap and Income Fd Inc. (SCD) | | None | | | Sold | 01/31/11 | K | | Public |
| 183. Nuveen Select Qual Mun Fd Inc. (NQS) | D | Dividend | L | T | | | | | |
| 184. American Funds Fundamental Inv A (ANCFX) | C | Dividend | M | T | | | | | |
| 185. American Funds Wash. Mutual A (AWSHX) | B | Dividend | L | T | | | | | |
| 186. Legg Mason WA Corp BD A (SIGAX) | D | Dividend | M | T | | | | | |
| 187. T Rowe Price Equity Income Mutual Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/1/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. T Rowe Price Growth & Income Mutual Fund | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bonapfel, Paul W. | 5/1/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

1. Mercer University School of Law; Teacher for course in bankruptcy law, beginning January 2011, ending May 2011. Also adjunct faculty for 2010 and 2012.

2. Emory University School of Law; Teacher for course in bankruptcy law, beginning January 2012, ending April 2012. Also adjunct facult for 2010. Did not teach course in 2011.

II. Agreements

1. Agreement between West Services, Inc. (Publisher), and Filer, Adam M. Goodman, and W. Homer Drake, Jr. (collectively, Authors), for Authors to prepare book on chapter 13 bankruptcy law for publication by publisher (Title: Chapter 13 Practice and Procedure.) Royalties to be divided between Filer and Goodman. Various parties signed the agreement 1/8/08, 1/9/08, 1/10/08, and 2/19/08.

2. Mercer University School of Law. Agreements to teach course on Consumer Bankruptcy Practice as adjunct faculty for Spring Semester (Jan. - May) 2010 and 2011, and 2012. No compensation; expenses to be reimbursed.

3. Emory University School of Law. Agreements to teach course on Recent Developments in Bankruptcy as adjunct faculty for Spring Semester (Jan. - April) 2010 and 2012 for compensation of $1,500 per semester. Did not teach 2011.

VII. Investments and Trusts

General Note: In the parentheses following some assets, "MB" indicates that the asset is a municipal bond and the two digit number refers to its maturity date. For some assets, a parenthetical also contains a reference to CUSIP number.

Lines 1-2 - On January 3, 2011, Motorola, Inc. effected a distribution of shares of Motorola Mobility Holdings, Inc. as a stock dividend. On January 4, 2011, Motorola Inc. changed its name to Motorola Solutions, Inc., and effected a reverse stock split. In connection with these transactions filer has reportable transactions with regard to cash received for fractional shares.

Line 4 - Asset formerly reported as Touchstone Bankshares, Inc. Changed to state proper name, Touchmark Bancshares, Inc.

Line 25 - Maturity date corrected to 2018

Line 36 - Description changed to correct typographical error and to add additional identifying information.

Line 92 - * at end of asset descriptions in this account indicates asset was not owned at end of reporting period. Inserted for convenience of filer in preparing report.

Lines 107 and 108 - Morgan Stanley Bank and Morgan Stanley Private Bank - IRA Account - IRA Custodian utilizes these accounts at its discetion to hold cash reserves in IRA account, to receive interest, dividends, or proceeds from sales of assets, to pay required fees, and to purchase investments. Account occasionally has zero balance.

Line 138 - Algerian in Asset Description changed to Alerian to correct typographical error.

Line 181 - "Accounts 2" added to description to distinguish this Morgan Stanley Account from other. This is same account reported on Line 162 of 2010 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul W. Bonapfel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544